478 A.2d 127

In Matter of Russo.

Submitted February 21, 1984. Lawrence D. MacDonald, for appellant; Anthony J. Miernicki, for participating party.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Order affirmed.

478 A.2d 127

Kolick v. Bendler, Appellant.

Argued March 28, 1984. Bridgett A. Nawrock, for appellant; Mindy M. Brook, for appellee.

Before BROSKY, WIEAND and McEWEN, JJ.

Order of the learned Philadelphia County Common Pleas Court Judge Samuel H. Rosenberg is affirmed.